UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:22-cv-60456-WPD

JARALLAH HINDI,

    Plaintiff,

v.

LINEBARGER GOGGAN BLAIR & SAMPSON LLP,

    Defendant.
_____/

**RESPONSE TO ORDER TO SHOW CAUSE**

Plaintiff Jarallah Hindi ("Plaintiff") submits this Response to the Order to Show Cause [D.E. 8] issued by this Court on April 07, 2022.

1. On March 01, 2022, Defendant Linebarger Goggan Blair & Sampson LLP ("Defendant") removed this case from Broward County Court (COCE-22-001023) to this Court.

2. On March 01, 2022, this Court issued an order directing Plaintiff and Defendant (collectively, the "Parties") to, among other things, "agree upon a mediator and advise the Clerk's office of their choice within fourteen (14) days of this Court issuing a Scheduling Order." *See* D.E. 3 at ¶ 3(D).

3. On March 23, 2022, this Court issued the Scheduling Order governing this case, *see* D.E. 6, thereby making April 06, 2022, the deadline for the Parties to agree upon a mediator and advise the Clerk's office of their choice.

4. On April 04, 2022, the Parties agreed upon Barbara Locke to conduct the necessary mediation in this case.

LAW OFFICES OF JIBRAEL S. HINDI, PLLC
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540

www.JibraelLaw.com

5.  Due to clerical error, the Parties failed to timely notify this Court of the agreed upon mediator on or before April 06, 2022.

6.  On April 14, 2022, the Parties, albeit untimely, filed the necessary Notice of Mediation, *see* D.E. 11, wherein the Parties agreed upon Barbara Locke to mediate this matter, whereby mediation is scheduled to occur at 1:00 PM (EST) on May 23, 2023.

7.  The Parties, respectfully, apologize to this Court for the inadvertent clerical error which caused the untimely submission of the Notice of Mediation [D.E. 11].

8.  WHEREFORE, Plaintiff, respectfully, asks that this Court excuse the untimely submission of the Notice of Mediation [D.E. 11], allow the Parties to proceed with mediation before Barbara Locke at 1:00 PM (EST) on May 23, 2023, and to *not* direct the Clerk to randomly select a mediator.

Dated: April 14, 2022

Respectfully Submitted,

 /s/ Thomas J. Patti
**JIBRAEL S. HINDI, ESQ.**
Florida Bar No.: 118259
E-mail:   jibrael@jibraellaw.com
**THOMAS J. PATTI, ESQ.**
Florida Bar No.: 118377
E-mail:   tom@jibraellaw.com
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, Suite 1744
Fort Lauderdale, Florida 33301
Phone:   954-907-1136
Fax:       855-529-9540

*COUNSEL FOR PLAINTIFF*

PAGE | **2** of **3**

LAW OFFICES OF JIBRAEL S. HINDI, PLLC
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540

www.JibraelLaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 14, 2022, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

    /s/ Thomas J. Patti
**JIBRAEL S. HINDI, ESQ.**
Florida Bar No.: 118259
E-mail:   jibrael@jibraellaw.com

PAGE | **3** of 3
L AW O FFICES OF J IBRAEL S. H INDI , PLLC
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540

www.JibraelLaw.com