UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-60456-CIV-DIMITROULEAS

JARALLAH HINDI,

    Plaintiff,

v.

LINEBARGER GOGGAN BLAIR &
SAMPSON LLP,

    Defendant.

_____/

## ORDER TO SHOW CAUSE

THIS CAUSE is before the Court *sua sponte*.

On March 23, 2022, this Court entered its Scheduling Order, which required the parties to submit appropriate dismissal papers within ten (10) calendar days of notifying the Court that the case has settled. *See* [DE 6]. On September 21, 2022, a Joint Notice of Settlement was filed. *See* [DE 14]. However, as of the date of this Order, a stipulation, notice, or motion for dismissal has not been filed with the Court.

Accordingly, it is **ORDERED AND ADJUDGED** that no later than **October 12, 2022**, the parties shall either file the appropriate dismissal papers or show cause why those papers have not been filed.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Broward County, Florida, this 5th day of October, 2022.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record